

# NUMBER 13-17-00523-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARIA AREVALOS,                                                   Appellant,

v.

RAUL R. ALVAREZ,                                                   Appellee.

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Order Per Curiam

This cause is before the Court because the court reporter, Maria Amador, has failed to timely file the reporter's record. The reporter's record in this cause was due to be filed on December 21, 2017. On September 13, 2018, the Court notified Amador that the reporter's record was late and directed her to file the record within ten days. Amador

responded to our letter on October 19, 2018 stating that she would be filing an extension to file the record. Amador has not done so.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights. The trial court shall make appropriate findings under Texas Rules of Appellate Procedure 34.6(f) and 35.3, if necessary. *See* TEX. R. APP. P. 34.6(f), 35.3. The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of November, 2018.

2